UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ADE BROWN, #884273, )<br>        Petitioner, )<br>)<br>-v- )<br>)<br>SABRINA DAVIS, et al., )<br>        Respondents. )<br>_____ ) | No. 1:18-cv-812<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 90), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** January 28, 2021             /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge